IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00124-MOC-DSC

| | |
|---|---|
| AMERICAN INTERSTATE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| DDG CONSTRUCTION SERVICES INC., | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Joel P. Babineaux and Camille Bienvenu Poche]" (documents ##6 and 7) filed March 29, 2021. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: March 29, 2021

_____
David S. Cayer
United States Magistrate Judge