IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:21-cv-124-MOC-DSC

| | |
|---|---|
| AMERICAN INTERSTATE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>DDG CONSTRUCTION SERVICES, INC.,<br><br>    Defendant. | MOTION FOR<br>DEFAULT JUDGMENT |

  Plaintiff American Interstate Insurance Company ("AIIC"), pursuant to Fed. R. Civ. P. 55(b)(2), respectfully moves for the entry of a default judgment in favor of AIIC and against Defendant, DDG Construction Services, Inc. ("Defendant"). Default has been entered against Defendant by the Clerk of Court for failure to answer or otherwise defend the instant lawsuit on May 10, 2021. ECF No. 12. As set forth in the Complaint and exhibits attached thereto, Defendant owes AIIC $95,348.99 in damages plus pre-judgment and post-judgment interest, as more fully briefed and supported in AIIC's Memorandum in Support of Motion for Default Judgment against Defendant, contemporaneously filed herewith.

  **WHEREFORE**, Plaintiff, American Interstate Insurance Company, respectfully requests that the Court enter a Default Judgment against Defendant, DDG Construction Services, Inc., as follows:

  (a) In the amount of $95,348.99, representing the amount due and owing under the policy of workers compensation insurance issued by AIIC to DDG;

1

(b) Prejudgment interest in the amount of $6,040.10 from July 25, 2020 through May 10, 2021, plus $20.90 per diem until final judgment is entered;

(c) Post-judgment interest at the rate of 8.0% per annum, accruing from the date final judgment is entered until such time as the judgment has been paid in full; and

(d) All other relief this Honorable Court deems just and proper.

This 11th day of May, 2021.

>*/s Amanda P. Nitto*_____
> Amanda P. Nitto
> N.C. Bar No. 45158
> anitto@robinsonbradshaw.com
> **Robinson, Bradshaw & Hinson, P.A.**
> 101 North Tryon Street, Suite 1900
> Charlotte, North Carolina 28246-1900
> Telephone: 704-377-2536
> Facsimile: 704-378-4000
>
> **AND**
>
> Joel P. Babineaux (*pro hac vice*)
> LA Bar No. 21455
> jbabineaux@bpasfirm.com
> Camille Bienvenu Poché (*pro hac vice*)
> LA Bar No. 22597
> cpoche@bpasfirm.com
> **Babineaux, Poché, Anthony & Slavich, L.L.C.**
> Post Office Box 52169
> Lafayette, LA 70505-2169
> Phone: (337) 984-2505
> Fax: (337) 984-2503
>
> *Attorneys for Plaintiff,*
> *American Interstate Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing was served via U.S. First Class mail as follows:

DDG Construction Services, Inc.
c/o Registered Agent: Daniel Delgado Gonzalez
8401 Bristol Ford Place
Charlotte, North Carolina 28215-9398

This 11th day of May, 2021.

                                                 */s Amanda P. Nitto*_____
                                                 Amanda P. Nitto