UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-124-MOC-DSC

| | |
|---|---|
| AMERICAN INTERSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DDG CONSTRUCTION SERVICES, INC.,<br><br>Defendant. | ORDER ON DEFAULT JUDGMENT |

THIS MATTER IS BEFORE THE COURT on Plaintiff's Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Having carefully considered the Motion, the Memorandum in Support of the Motion, the exhibits attached hereto and the record, and noting that Defendant has failed to file a timely response, the undersigned will grant the Motion.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Default Judgment be, and hereby is, GRANTED in its entirety and Plaintiff is entitled to Judgment as prayed for in Plaintiff's Complaint; and

IT IS FURTHER ORDERED that Judgment is hereby entered herein in favor of American Interstate Insurance Company and against DDG Construction Services, Inc., as follows:

(1) Damages in the amount of $95,348.99;

(2) Prejudgment interest in the amount of $6,040.10 from July 25, 2020 through May 10, 2021, plus $20.90 per diem until final judgment is entered; and

(3) Post-judgment interest at the rate of 8.0% per annum.

SO ORDERED.

Max O. Cogburn Jr.
United States District Judge

Signed: June 1, 2021